**RICHARD E. TANASI, ESQ.**
Nevada Bar No. 9699
**TANASI LAW OFFICES**
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
Telephone: (702) 906-2411
Facsimile: (866) 299-5274
Email: rtanasi@tanasilaw.com
*Attorney for Defendant Bainbridge*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00267-JCM-CWH |
| *Plaintiff,* | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** (Second Request) |
| v. | |
| GARY BAINBRIDGE, | |
| *Defendant.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Kimberly Frayn, Assistant United States Attorney, GARY BAINBRIDE, by and through his attorney, Richard E. Tanasi, Esq., that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **September 19, 2018**, at the hour of 10:00 a.m., be vacated and continued to a time convenient for the Court after **January 2, 2019**.

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. The parties need more time to prepare for sentencing, specifically the defendant needs more time prepare for sentencing, and to gather and investigate 18 USC 3553 materials.

2. Counsel for Mr. Bainbridge has a murder trial (State v. Matthews), on September 25, 2018, and an aggravated identity theft trial (United States v. Serban, et al), on October 30,

2018. Both trials and their respective preparation conflict with an earlier sentencing-setting in this case.

3. Mr. Bainbridge is out of custody and does not object to this continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**WHEREFORE,** the parties respectfully request that this Honorable Court accept the Stipulation and enter an Order as set forth below, continuing the sentencing hearing for date convenient to the Court, after **January 2, 2019.**

DATED this 12th day of September, 2018.

U.S. ATTORNEY'S OFFICE

/s/
KIMBERLY FRAYN
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Assistant Attorney for the UNITED STATES

TANASI LAW OFFICES

/s/
RICHARD E. TANASI, ESQ.
601 S. Seventh Street, 2nd Floor
Las Vegas, NV 89101
rtanasi@tanasilaw.com
Attorney for DEFENDANT BAINBRIDGE

/ / /
/ / /
/ / /
/ / /
/ / /

TANASI LAW OFFICES
601 S. Seventh St., 2nd Floor
Las Vegas, Nevada 89101
702-906-2411 • Fax 866-299-5274

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-cr-00267-JCM-CWH |
| *Plaintiff,* | **ORDER ON STIPULATION** |
| v. | |
| GARY BAINBRIDGE, | |
| *Defendant.* | |

This matter coming before the Court on Stipulation to Continue Sentencing Hearing, the Court having considered the matter, and good cause showing, the Court accepts the Stipulation.

**WHEREFORE, IT IS HEREBY ORDERED,** that the **Sentencing Hearing** in the above-captioned matter, now scheduled for **September 19, 2018**, at the hour of 10:00 a.m., be vacated and continued to **Monday, January 7, 2019 at 10:30 a.m.**

DATED September 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ___ day of June, 2018, the undersigned served the foregoing **STIPULATION AND ORDER** on all counsel of record herein by causing a true copy thereof to be filed with the Clerk of Court using the CM/ECF system, which was served via electronic transmission by the Clerk of Court pursuant to local order.

/s/
An employee of TANASI LAW OFFICES

- 4-