# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CV-267 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| GARY BAINBRIDGE, | |
| Defendant(s). | |

Presently before the court is the United States' ("the government") motion to dismiss the indictment. (ECF No. 41).

On April 5, 2018, defendant Gary Bainbridge pleaded guilty to a single count of felon in possession of a firearm, in violation of 15 U.S.C. § 922(g)(1) and 924(a)(2). (ECF Nos. 35, 36). The court scheduled defendant for sentencing on January 18, 2018. (ECF No. 40).

The government represents that on January 18, 2018, defendant's counsel informed the government that defendant was killed in a motorcycle accident on or about October 13, 2018. (ECF No. 41). Good cause appearing, the court will dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a).

Accordingly,

IT IS HEREBY ORDERED, ADUDGJED, AND DECREED that the government's motion to dismiss (ECF No. 41) be, and the same hereby is, GRANTED.

The clerk shall close the case accordingly.

DATED January 17, 2019.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**